

FILED
U.S. DISTRICT COURT
WESTERN DISTRICT OF KY

04 SEP 13 AM 10:28

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION
CASE NO. 4:03 CV-101-M

SUSAN OTT, ET AL                              PLAINTIFFS

VS.

FORD MOTOR COMPANY                            DEFENDANT

### CERTIFICATE FOR FILING DISCOVERY MATERIAL

Pursuant to Rule 5.2(a) of the Joint Local Rules of the Eastern and Western Districts of Kentucky, the undersigned hereby certifies that the attached depositions of LARRY VANOVER, STEVEN OTT, SUSAN OTT, SAVANNAH OTT, SAMUEL OTT, and SARAH OTT taken on July 26, 2004, and REGINA KIRKMAN and LAURA STEINER taken on August 11, 2004 will be used in the above-styled proceeding or has been ordered filed by the Court. Furthermore, a copy of this certificate for filing has been served upon all parties or their counsel of record.

_Victoria Weisman_, Notary
Commission Expires: 5-14-08