UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION

**CIVIL ACTION NUMBER: 4:03CV-101-M**

**SUSAN OTT**                                                             **PLAINTIFF**

**v.**

**FORD MOTOR COMPANY**                                       **DEFENDANT**

**ORDER**

      The Court, having been advised by counsel that settlement has been reached on all matters in this case, **ORDERS** that this action be, and the same hereby is, **DISMISSED WITHOUT PREJUDICE** and **STRICKEN** from the **ACTIVE DOCKET**.

      The parties shall tender an agreed order dismissing this case with prejudice within forty-five (45) days of entry of this Order. The Court will entertain a motion to redocket this action upon application to this Court within forty-five (45) days from entry of this Order if the settlement is not consummated.

Copies to:   Counsel of record