UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT OWENSBORO

| | |
|---|---|
| SUSAN OTT, ET AL. | ) |
| PLAINTIFF | ) |
| v. | ) CIVIL ACTION NO. 03-CV-101-JHM |
| FORD MOTOR COMPANY | ) |
| DEFENDANTS | ) |

### AGREED ORDER OF DISMISSAL

The parties having agreed to a dismissal of all claims relating to this matter and the Court being sufficiently advised,

IT IS HEREBY ORDERED that this action is dismissed, with prejudice, each party to bear its own costs.

_____
Richard Hay
Law Offices of Richard Hay
PO Box 1124
203 W. Columbia Street
Somerset,, KY 42502
(606) 679-2214

and

_____
R. Thad Keal
TURNER, KEAL & DALLAS PLLC
5924 Timber Ridge Rd., Suite 102
Prospect, KY 40059
(502) 228-8488

and

_____  _____
LaMar Brown    by R. Hay                Paul F. Malek
Robinson, Calcagnie & Robinson          Huie, Fernambucq & Stewart LLP
620 Newport Center Drive                2801 Hwy 280S
7th Floor                    Three Protective Center, Suite 200
Newport Beach, CA  92660                Birmingham, AL  35223-2484

*Counsel for Plaintiff*                 *Counsel for Defendant*


Copies to:  Counsel of record